IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| IN REF: | Case No.: 08-12229 |
| MARK J. SUTTON, pro se | Adv. Proc.NO. 16-51043(MFW) |
| Plaintiff | PLAINTIFFS RESPONSE /MOTION TO CONTINUE PRETRIAL CONFERENCE IN AN ADVERSARIAL PROCEEDING |
| Debtor, | |
| Washington mutual Inc. | |
| Defendant | |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS

**PLAINTIFF ASKS THE COURT TO TAKE JUDICIAL NOTICE OF THE FACT He appears without counsel, is not schooled in the law and legal procedures, and is not licensed to practice in law.** Parties appearing pro se are allowed greater latitude with respect to reasonableness of their legal theories (Patterson V. Aiker, 111 F.R.D 354, 358 [N.D GA 1986]. Therefore, the pleadings must be read and construed liberally. See Haines v. Kerner, 404 US at 520 (1980); Birl v. Estelle, 660 F.2nd 592 (1981). Further Defendant believes that this court has a responsibility and legal duty to protect any and all of the Defendant constitutional and statutory rights. See United States v. Lee, 106 US 196,220 [1882]. Plaintiff herein shows the honorable Court the following:

**Mark Sutton prayerfully requests that the Honorable Judge Mary F. Walrath hear this complaint in her court.** THE DEFENDANT WASHINGTON MUTUAL INC alleges that they were not served. Mark Sutton objects to the Motion for dismissal request by WMI on the grounds that they were allegedly not served according to Fed. r. civ. p. 5 (c) Title II Commencing see exhibit (A.) Washington Mutual Inc.

Mark Sutton requests that the complaint be heard by an impartial party and is therefore joining the adversarial class action law suit accusing WMI of predatory lending, fraud, constructive fraud, wrongful eviction, and illegal foreclosure. Because of the above unlawful actions on

behalf of WMI; WMI has resorted as not to be seen; attempting to avoid legal action as it commits these unlawful actions against its mortgagees.

The Pro se Plaintiff, Mark Sutton submits the following RESPONSE /MOTION TO CONTINUE PRETRIAL CONFERENCE IN AN ADVERSARIAL PROCEEDING in opposition to WASHINGTON MUTUAL INC 'S Motion to Dismiss the Amended Complaint ("Complaint"). For the reasons set forth below, Mark Sutton along with all other plaintiffs in the class action suit request the **Honorable Judge Mary F. Walrath and this Court deny the Motion to Dismiss in its entirety.**

In support of this motion, the Debtor states as follows:

1. Debtor served Washington Mutual Inc, JP Morgan, Washington Mutual and multiple others for the Delaware Pretrial hearing. If they were not served they would not have shown up to the hearing.

| Filing Date | # | Docket Text |
|---|---|---|
| 10/12/2016 | 2 (1 pg) | Hearing Held/Court Sign-In Sheet (BJM) (Entered: 10/14/2016) |
| 10/14/2016 | 3 (2 pgs; 2 docs) | Transcript regarding Hearing Held 10/12/2016 RE: Pretrial Conference. Remote electronic access to the transcript is restricted until 1/12/2017. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber Ver, Telephone number (888)706-4576.] (RE: related document(s) 2). Notice of Intent to Request Redaction Deadline Due By 10/21/2016. Redaction Request Due By 11/4/2016. Redacted Transcript Submission Due By 11/14/2016. Transcript access will be restricted through 1/12/2017. (BJM) (Entered: 10/14/2016) |
| 10/16/2016 | 4 (2 pgs) | BNC Certificate of Mailing. (related document(s)3) Notice Date 10/16/2016. (Admin.) (Entered: 10/17/2016) |
| 11/30/2016 | 5 (1 pg) | **Virtual Minutes of: 11/30/2016**<br>**Subject:** Pretrial Conference.<br>**Appearances:** See attached sign-in sheet.<br>**Proceedings:** Pretrial Conference held and continued to 1/11/17 at 11:30 am..<br>(vCal Hearing ID (219961)). (LMC) Additional attachment(s) added on 11/30/2016 (LMC). (Entered: 11/30/2016) |
| 11/30/2016 | 6 (4 pgs; 2 docs) | Summons and Notice of Pretrial Conference Served on Defendants Charles H. Billingham, JP Morgan Chase Bank N.A, Washington Mutual, Inc., Plaintiff Mark Sutton. (related document1, 3, 5) Pretrial Conference set for 10/12/2016 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #4, Wilmington, Delaware. Tickle due by: 1/30/2017. (Attachments: # 1 Certificate of Service Certificate Of Service) (COH) (Entered: 11/30/2016) |

2. Based on the fact JP Morgan says it's Washington Mutual Ink that is at fault and Washington Mutual Ink says that it is JP Morgan, the debtor believes that the Washington Mutual, Inc., pending Bankruptcy Case is the proper

jurisdiction for his case. It has been years and the banks have been playing the it's not me it's them game. JP Morgan was served for the Delaware hearing and did not show up. Washington Mutual Ink is trying to get the case dismissed on a technicality with a response deadline of March 23rd while JP Morgan is trying to get this caught on a technicality between courts if this motion is denied and sell the property 6 days later on March 29th.

**POWERS KIRN**
COUNSELORS AT LAW

POWERS KIRN, LLC
728 Marne Highway
Suite 200
Moorestown, NJ 08057
Tel: 856-802-1000
Fax: 856-802-4300
www.powerskirn.com

William M.E. Powers, III
Sarah E. Powers
Edward W. Kirn, III
Jeanette J. O'Donnell
Angela C. Pattison
Paige M. Bellino
Michael B. McNeil

January 17, 2017

Sheriff of Camden County

Attention: Sheriff Sales

Re: Washington Mutual Bank v. Mark J. Sutton, et al
    Sheriff's No. FR-15005631

Dear Sir/Madam:

This will confirm that the above referenced Sheriff's Sale is being postponed as follows:

  From: January 18, 2017

  To: March 29, 2017

The above sale has been adjourned due to the pending bankruptcy.

Very truly yours,

*Kelly Meachum*

Kelly M. Meachum, Legal Assistant to
Sarah E. Powers

SEP:kmd
File# 2015-1672
Copies to:
JPMorgan Chase Bank, National Association, Loan # 0690914007
    Attn: , Foreclosure Department

Mark J. Sutton  Cert Mail RRR# 7016 1370 0001 4005 0111

After the illegal eviction the plaintiff talked to a real estate company that told the plaintiff the property wasn't able to be sold for five years because of the illegal eviction tag placed on the property. When the bank realized that they illegally threw out a family with an elderly woman on the street and put the plaintiff's contents that were still in the property into a storage unit, they recovered the contents, re-entered the property and dumped the contents back into the property destroying studio equipment and other valuables. They gave the plaintiff back the keys and basically disappeared for some time as if they didn't want any repercussions from the eviction. When the bank decided that they were ready to sell the property it was as if they wanted to sell it to get it off of their books to get as far away from the eviction as possible. This is stated because there were multiple attempts by the plaintiff to modify the loan and make payments but all were ignored. The plaintiff even worked out a deal with a company that would buy the property for pennies on the dollar in lue of everything that has transpired and the longevity of this stressful experience the plaintiff has endured. The plaintiff even had to serve the sheriff who was just doing his job. This has been years of stress on the plaintiff and the bank seems to be set on getting the plaintiff out of his home under any means. Washington Mutual Inc, Washington Mutual, JP Morgan have exorbitant amounts of money to keep playing this game of catch me if you can or prove it's me because we added an Inc to our name and sold it back to ourselves until they find a way to sell the property and have the plaintiff out of his home and no way to be repaid for his loss. The plaintiff feels that attaching himself to this class action law suit is the only way that he will truly be protected under the law. The plaintiff has seen how he can disappear behind paperwork and lawyers. There is strength in numbers and that helps people from getting taken advantage of.

The plaintiff is one person among many mortgagees that have been wrongfully defrauded by WASHINGTON MUTUAL INC. do to the fraudulent predatory practices of this huge banking institution that has chosen to hide behind its vast web of subsidiaries and corporate affiliates to avoid prosecution. This is considered to be constructed fast money fraudulent acts as a way and means to conduct business According to the below Anti-predatory lending act. This is unlawful.

# Dodd-Frank: Title XIV - Mortgage Reform and Anti-Predatory Lending Act

*Subtitle A – Residential Mortgage Loan Origination Standards:*
Pursuant to: 12 U.S.C. § 5511 (Dodd-Frank Act § 1021, 15 U.S.C. § 1639(a), 15 U.S.C. § 1639(b) (Dodd-Frank § 1402(Dodd Frank Act § 1405).
*Subtitle B: Minimum Standards for Mortgages*
Pursuant to : 15 U.S.C. § 1639(c) (Dodd-Frank Act § 1411), (Dodd-Frank Act § 1412) 15 U.S.C. 1640 (Dodd-Frank Act § 1413), (Dodd Frank Act § 1417), 15 U.S.C. § 1638(a) (Dodd-Frank Act § 1419–20), *Dodd-Frank Act* at § 1421,
*Subtitle C: High Cost Mortgages*
15 U.S.C. § 1638 (Dodd Frank Act § 1461), (Dodd-Frank Act § 1462), 12 U.S.C. § 2605, 12 U.S.C. § 1701p-2 (Dodd-Frank Act §§ 1451
*ubtitle E: Mortgage Servicing*
12 U.S.C. § 2605 (Dodd-Frank Act § 1463
*ubtitle G: Mortgage Resolution and Modification*
   U.S.C. § 5220b (Dodd-Frank Act § 1481), 12 U.S.C. § 5219a (Dodd-Frank Act §§ 1482–83

**Mark Sutton prayerfully requests the Honorable Judge Mary F. Walrath and this Court deny the Motion to Dismiss in its entirety.**

**Mark Sutton** _/s/ Mark Sutton_ Date 3/23/17
**Pro Se Plaintiff**

# CERTIFICATE OF SERVICE

THIS DOCUMENT CERTIFIES THAT ON __3/23/17__ 2017, DELIVERED BY

CERTIFIED MAIL AND REGULAR MAIL COPIES OF THE FOLLOWING DOCUMENTS:

PLAINTIFFS RESPONSE /MOTION TO CONTINUE PRETRIAL CONFERENCE IN AN ADVERSARIAL PROCEEDING

CERTIFIED MAIL # __7015 1520 0001 8479 1746__

To:

Washington Mutual Inc.
1201 Third Avenue, suite 3000
Seattle, Washington, 98101

Mark Sutton _[signature]_ Date __3/23/17__
Pro Se Plaintiff